UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-mj-3192 |
| | ) MAGISTRATE JUDGE BROWN |
| MERIN OMAR POLANCO-GUEVARA | ) |

## MOTION TO SUBSTITUTE COUNSEL

Comes Ronald C. Small, and hereby moves the Court to substitute Patrick McNally as counsel of record in place Ronald C. Small in the above-styled case. Undersigned counsel has identified a conflict within his office, which would prohibit his representation of Mr. Polanco-Guevara.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Merin Omar Polanco-Guevara

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, I electronically filed the foregoing *Motion to Substitute Cousel* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hilliard H. Hester, III, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Ronald C. Small*
RONALD C. SMALL

**ORDER**
**Motion Granted**
JOE B. BROWN
Magistrate Judge