UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,   Case No: 13-3192 MB

vs.

MERIN OMAR POLANCO-GUEVARA                /

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes Now the Defendant by and through his undersigned counsel and respectfully seeks leave of Court to file a motion under seal. The undersigned would aver that the motion is of a sensitive nature and should not be shared with counsel for the Government.

ORDER
Motion Granted to seal and
JOE B. BROWN to approve
Magistrate Judge the request
placed under
seal.

RESPECTFULLY SUBMITTED:

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@Bellsouth.net
9103 BRENT MEADE BLVD
BRENTWOOD TN 37027
TEL: 615-973-4570
FAX: 615 371-5327